CRAIG K. PERRY, ESQ.
Nevada State Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Ave., Suite 260
Las Vegas, Nevada 89117
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
info@1stoplawfirm.com

Attorney for Plaintiffs
Israel Garcia, Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Israel Garcia, Jr., | Case No. 2:18-cv-00191 |
| Plaintiff, | |
| v. | **JOINT STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| | (First Request) |
| Credit One Bank, N.A. | [L.R. IA 6-1] |
| Defendant. | |

This is the first stipulation for extension of time for defendant Credit One Bank, N.A. ("Credit One") to respond to plaintiff Israel Garcia, Jr.'s ("Plaintiff) Complaint. Credit One was served on March 26, 2018. Defendant's response to the Complaint is currently due on May 8, 2018, having been extended once. Plaintiff and Credit One, through their respective counsel of record, have agreed to further extend the deadline for Credit One to respond to the Complaint to and including May 29, 2018. Good cause for this extension exists because all parties are actively working towards resolution of this litigation.

///

///

JOINT STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT

| | |
|---|---|
| 1 | Dated: May 16, 2018. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Dated: May 16, 2018. |
| 9 | |
| 10 | |

1  Dated: May 16, 2018.                    CRAIG K. PERRY & ASSOCIATES
                                           CRAIG K. PERRY
2

3                                          /s/  Craig K. Perry

4
                                           Attorney for Plaintiff
5                                          Israel Garcia

6

7

8  Dated: May 16, 2018.                    SESSIONS FISHMAN NATHAN & ISRAEL
                                           SHANNON G. SPLAINE
9

10                                         /s/ Shannon G. Splaine

11
                                           Attorney for Defendant
12                                         Credit One Bank, N.A.

13

14  IT IS SO ORDERED.

15

16   5-17-2018
    _____
    Date                                   Honorable George Foley, Jr.
17                                          United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28