UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ISRAEL GARCIA, JR., | Case No. 2:18-CV-191 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| CREDIT ONE BANK, N.A., | |
| Defendant(s). | |

Presently before the court is *Garcia, Jr. v. Credit One Bank, N.A.*, case no. 2:18-cv-00191-JCM-GWF.

On July 31, 2018, defendant filed a motion to stay case. (ECF No. 16). Briefing shall proceed as follows: plaintiff's response is due within 14 days of the date of this order; defendant's reply is due within 7 days of the date that plaintiff files his response (if any).

Accordingly,

IT IS SO ORDERED.

DATED July 31, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**