1

2

3

4                    UNITED STATES DISTRICT COURT

5                        DISTRICT OF NEVADA

6                              * * *

7    ISRAEL GARCIA JR.,                    Case No. 2:18-cv-00191-JCM-GWF

8                             Plaintiff,

         v.
9                                                    **ORDER**

     CREDIT ONE BANK, N.A., *et al*.,
10

11                           Defendants.

12

13          This matter is before the Court on the parties' Joint Proposed Discovery Plan and

14   Amended Scheduling Order (ECF No. 33), filed January 2, 2019.  Upon review and

15   consideration, and with good cause appearing therefor, the Court grants the parties' request.

16   Accordingly,

17          **IT IS HEREBY ORDERED** that the parties' Joint Proposed Discovery Plan and

18   Amended Scheduling Order (ECF No. 33) is **granted**.  The following discovery plan and

19   scheduling order dates shall apply:

20          1.    Last date to complete discovery: **July 1, 2019**

21          2.    Last date to amend pleadings and add parties: **April 1, 2019**

22          3.    Last date to file interim status report: **May 2, 2019**

23          4.    Last date to disclose experts: **May 2, 2019**

24          5.    Last date to disclose rebuttal experts: **June 1, 2019**

25          6.    Last date to file dispositive motions: **July 31, 2019**

26   . . .

27   . . .

28   . . .

                                           1

1          7.          Last date to file joint pretrial order: **August 30, 2019**.

2

3          Dated this 7th day of January, 2019.

4

5                                                          _George Foley Jr._

6                                                          GEORGE FOLEY, JR.
                                                           UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28