1  Michael Paretti
   Nevada Bar No. 13926
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone: (702) 784-5200
4  Facsimile: (702) 784-5252
   Email: mparetti@swlaw.com
5
   Attorneys for Defendant
6  Credit One Bank, N.A.

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10 | ISRAEL GARCIA, JR.,           | CASE NO.: 2:18-cv-00191-JCM-EJY |
11 |          Plaintiff,           | **SUBSTITUTION OF COUNSEL**     |
12 | vs.                           |                                 |
13 | CREDIT ONE BANK, N.A.,        |                                 |
14 |          Defendant.           |                                 |

15

16    Defendant Credit One Bank, N.A. hereby consents to the substitution of Snell & Wilmer

17 L.L.P. as its attorneys in the place and stead of Sessions, Fishman, Nathan & Israel, L.L.C. and

18 Lincoln, Gustafson & Cercos LLP.

19    DATED this 23rd day of August, 2019.

20                                              CREDIT ONE BANK, N.A.

21                                              By: _____
22                                              Its  VP & Asst Gen. Counsel
23

24 ///
25 ///
26 ///
27 ///
28 ///

///

Sessions, Fishman, Nathan & Israel, L.L.C. and Lincoln, Gustafson & Cercos LLP hereby substitute in their place and stead Snell & Wilmer L.L.P. as attorneys for Defendant Credit One Bank, N.A. for all purposes in the above-entitled matter.

DATED this 22nd day of August, 2019.

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.

By: _____
James K. Schultz, Esq.
Nevada Bar No. 10219
1545 Hotel Circle South, Suite 150
San Diego, California 92108

Shannon G. Splaine, Esq.
Nevada Bar No. 8241
Lincoln, Gustafson & Cercos LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968

Snell & Wilmer L.L.P. hereby accepts substitution as attorneys for Defendant Credit One Bank, N.A. for all purposes in the above-entitled matter, in the place and stead of Sessions, Fishman, Nathan & Israel, L.L.C. and Lincoln, Gustafson & Cercos LLP.

DATED this 22nd day of August, 2019.

SNELL & WILMER L.L.P.

By: _____
Michael Paretti, Esq.
Nevada Bar No. 13926
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

- 2 -

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** by the method indicated:

☒　**BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

DATED this 23rd day of August, 2019.

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4849-0409-3600.1