UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISRAEL GARCIA, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.,<br><br>    Defendant. | Case No. 2:18-CV-00191-JCM-EJY<br><br>**ORDER** |

Before the Court is Defendant Credit One Bank, N.A.'s Substitution of Counsel. ECF No. 39.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Substitution of Counsel is GRANTED.

DATED: August 27, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1