Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: mparetti@swlaw.com

Becca Wahlquist, Esq.
*(Pro Hac Vice)*
SNELL & WILMER L.L.P.
350 S. Grand Ave., Suite 3100
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

*Attorneys for Defendant
Credit One Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISRAEL GARCIA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CREDIT ONE BANK, N.A., <br><br> Defendant. | CASE NO.: 2:18-cv-00191-JCM-EJY <br><br> **STIPULATION AND ORDER TO CONSOLIDATE BRIEFING SCHEDULE REGARDING CREDIT ONE BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO STAY** <br><br> **(First Request)** |

Plaintiff Israel Garcia, Jr. ("Garcia") and Defendant Credit One Bank, N.A. ("Credit One"), by and through their respective counsel (collectively, the "Parties"), for good cause shown, hereby stipulate and agree as follows:

1. On January 22, 2020, Credit One filed a Motion for Summary Judgment [ECF No. 48]; in the Alternative, Motion to Stay Pending Supreme Court's Determination on TCPA Constitutionality [ECF No. 49] (collectively, the "Motions").

2. On February 12, 2020, Garcia filed a joint Opposition to the Motions [ECF No. 56].

3. The deadline for Credit One to file its Reply in Support of the Motion to Stay is

currently February 19, 2020. *See* LR 7-2(b) ("The deadline to file and serve any reply in support of [any] motion [other than a motion for summary judgment] is seven days after service of the response.").

4. The deadline for Credit One to file its Reply in support of the Motion for Summary Judgment is currently February 26, 2020. *See* LR 7-2(b) ("The deadline to file and serve any reply in support of the motion [for summary judgment is 14 days after service of the response.").

5. Due to the interrelated nature of the arguments presented in the Motions, and for purposes of judicial economy, the Parties agree to consolidate the briefing schedule regarding Credit One's Replies in support of the Motions, extending the deadline for Credit One's Reply in support of the Motion to Stay to February 26, 2020. This is the Parties' first extension request.

6 On February 18, 2020, counsel for Garcia agreed to the extension requested herein.

7. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

For these reasons, the Parties respectfully request that this Court approve the foregoing stipulation.

Dated: February 18, 2020

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
   Michael Paretti, Esq.
   Nevada Bar No. 13926
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169

*Attorneys for Defendant Credit One Bank, N.A.*

Dated: February 18, 2020

CRAIG K. PERRY & ASSOCIATES

By: */s/ Craig K. Perry*
   Craig K. Perry, Esq.
   Nevada Bar No. 3786
   3450 W. Cheyenne Ave., Suite 400
   North Las Vegas, Nevada 89032

*Attorneys for Plaintiff Israel Garcia, Jr.*

### ORDER

**IT IS ORDERED.**

DATED February 19, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE